```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAVID LEE,                          :
                                    :
        Plaintiff,                  :
                                    :   21-cv-4213 (JSR)
        -v-                         :
                                    :   ORDER
RAYMOND BROTHERS, IAM SPORTS &      :
ENTERTAINMENT, INC., and            :
INTERNATIONAL ATHLETE               :
MANAGEMENT, INC.,                   :
                                    :
        Defendants.                 :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is the motion of defendants Raymond Brothers, IAM Sports & Entertainment, Inc., and International Athlete Management, Inc. to dismiss plaintiff David Lee's amended complaint, ECF No. 11. Upon due consideration, the Court grants the motion in full. The Court will issue an opinion setting forth the reasons for this ruling in due course, at which time final judgment will be entered. Meanwhile, the case is stayed in all respects.

The Clerk of the Court is directed to close document number 14 on the docket of this case.

SO ORDERED.

Dated:  New York, NY
        September 20 2021                 _____
                                          JED S. RAKOFF, U.S.D.J.

1