**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAVID LEE,

                    Plaintiff,

          -against-                                    21 **CIVIL** 4213 (JSR)

                                                       **JUDGMENT**

RAYMOND BROTHERS, IAM SPORTS &
ENTERTAINMENT, INC., and INTERNATIONAL
ATHLETE MANAGEMENT, INC.,

                    Defendants.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated October 6, 2021, Defendants' motion is granted

and Lee's amended complaint is dismissed with prejudice. Final judgment is entered in favor of

defendants.

**Dated:**  New York, New York

          October 6, 2021

                                             **RUBY J. KRAJICK**
                                             _____
                                             **Clerk of Court**
                                 **BY:**
                                             _____
                                             **Deputy Clerk**